OSCN Found Document:FEE SCHEDULE FOR STATE BD. OF EXAMINERS OF CERTIFIED COURTROOM INTERPRETERS

 
 
 

 
 
 
 
 
 
 
 

 


 
 
 
 
 
 


 
 OSCN navigation


 
 
 Home

 
 Courts

 
 Court Dockets

 
 Legal Research

 
 Calendar

 
 Help
 
 





 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 
 
 

 
 
 
 FEE SCHEDULE FOR STATE BD. OF EXAMINERS OF CERTIFIED COURTROOM INTERPRETERS
2015 OK 1
Decided: 01/12/2015
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2015 OK 1, __ P.3d __

 
NOTICE: THIS OPINION HAS NOT BEEN RELEASED FOR PUBLICATION. UNTIL RELEASED, IT IS SUBJECT TO REVISION OR WITHDRAWAL. 

IN RE: FEE SCHEDULE FOR THE STATE BOARD OF EXAMINERS OF CERTIFIED COURTROOM INTERPRETERS

ORDER

PURSUANT TO the provisions of 20 O.S. § 1707, the Court hereby approves and authorizes the following Fee Schedule for the State Board of Examiners of Certified Courtroom Interpreters, effective immediately.

 

 

 
 
 
 Fees for Interpreter Credentialing
 
 
 
 
 Application for Provisional Status
 
 
 $100.00
 
 
 
 
 Application for Certification by Reciprocity
 
 
 $100.00
 
 
 
 
 Application to Become a Registered Courtroom Interpreter  Full Program (Fee includes enrollment in one Two-Day Orientation Training, one Written Examination and one Written Translation Basic Proficiency Assessment)
 
 
  

 $200.00
 
 
 
 
 Application to Become a Registered Courtroom Interpreter  Application Only
 
 
 $100.00
 
 
 
 
 Background Check
 
 
 $15.00 (or actual cost, whichever is greater)
 
 
 
 
 Two-Day Orientation Training
 
 
 $100.00
 
 
 
 
 Court Interpreter Written Examination
 
 
 $50.00
 
 
 
 
 Basic Proficiency Assessment  Written Translation Test
 
 
 $50.00
 
 
 
 
 Basic Proficiency Assessment -- Oral Proficiency Interview
 
 
 $75.00
 
 
 
 
 Oral Examination
 
 
 $250.00
 
 
 
 
 Fees for Certificate Renewal and Continuing Education
 
 
 
 
 Annual Certificate Renewal Fee

 
 
 Annual certificate renewal shall become effective on January 1, 2016
 
 
 
 
 $30.00
 
 
 
 
 Delinquent Payment Fee

 
 
 Assessed for failure to renew certificate on or before February 15
 
 
 
 
 $100.00
 
 
 
 
 Continuing Education Penalty Fee

 
 
 Assessed for failure to obtain CE hours on or before December 31 of the year in which they are required

 Annual CE requirements shall become effective on January 1, 2016
 
 
 
 
 $100.00
 
 
 
 
 Continuing Education Suspension Fee
 
 
 $100.00
 
 
 
 
 Reinstatement After Administrative Revocation or Inactive Status
 
 
 $100.00
 
 
 

 

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 12th DAY OF JANUARY, 2015.

/S/CHIEF JUSTICE

REIF, C.J., COMBS, V.C.J., KAUGER, WATT, WINCHESTER, EDMONDSON, COLBERT, and GURICH, JJ., concur.

TAYLOR, J., dissents.






 Citationizer© Summary of Documents Citing This Document
 
 
 Cite
 Name
 Level
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 Cite
 Name
 Level
 
 
 None Found.